### GRIFFIN et al. v. LENHART et al.

### In re SEMANS.

(Circuit Court of Appeals, Fourth Circuit. April 17, 1920.)

No. 1719.

**Bankruptcy** ⟺440—**Order reviewable by appeal.**

An order directing sale of real estate of bankrupt over objection of creditors, who had established attachment liens on the property by judgment of a state court more than four months prior to the bankruptcy, *held* made in a controversy arising in bankruptcy proceedings, and reviewable by appeal, and not by petition to revise.

On Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States for the Northern District of West Virginia, at Wheeling, in Bankruptcy; Alston G. Dayton, Judge.

⟺For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

In the matter of Isaac W. Semans, bankrupt. Petition by Lily M. Griffin, as committee for Sheridan R. Griffin, an insane person, and others, to revise an order of the District Court. Dismissed.

See, also, 266 Fed. 671.

M. G. Sperry and George M. Hoffheimer, both of Clarksburg, W. Va. (R. S. Douglass and E. Bryan Templeman, both of Clarksburg, W. Va., on the brief), for petitioners.

John J. Coniff, of Wheeling, W. Va. (E. C. Higbee, of Uniontown, Pa., on the brief), for respondents.

Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

WOODS, Circuit Judge. This was a controversy arising in a bankruptcy proceeding, and therefore the decree of the District Court is reviewable by appeal. The appeal has been sustained in an opinion filed this day. 266 Fed. 671. The petition to superintend and revise is therefore dismissed.

Dismissed.